IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 119-131 |
| | ) | |
| ALONZO EUGENE WILLIAMS | ) | |

**O R D E R**

Because Defendant has waived the right to a preliminary hearing, this matter should proceed to a final revocation hearing before the presiding District Judge.

In accordance with the Bail Reform Act, the Court conducted a detention hearing on August 4, 2023, pursuant to 18 U.S.C. § 3142(f).  Upon careful consideration of the facts presented at the hearing, the Court hereby orders Defendant released pending the final revocation hearing.  Defendant shall comply with all terms and conditions of supervised release originally imposed on February 13, 2020, as modified.  In addition, Defendant shall (1) surrender his driver's license to the United States Probation Office; (2) park his vehicle in a secure location and surrender all keys to the vehicle to the United States Probation Office; and (3) shall not operate a motor vehicle pending the final revocation hearing, all as directed by the supervising probation officer.

SO ORDERED this 4th day of August, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA