GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

*FILED OCT -9 2025 U.S. DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA*

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Alonzo Eugene Williams | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:  1:19CR00131-1<br><br>USM Number:  23332-021<br><br>Richard H. Goolsby<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of the mandatory and special conditions of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to submit to substance abuse testing (special condition). You attempted to obstruct or tamper with the substance abuse testing methods (special condition). | July 10, 2025 |

See page 2 for additional violations

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s),_____, and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  3278

Defendant's Year of Birth: 1975

City and State of Defendant's Residence:

Thomson, Georgia

October 9, 2025
Date of Imposition of Judgment

*/s/ J. Randal Hall*
Signature of Judge

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

10/9/2025
Date

DEFENDANT:       Alonzo Eugene Williams
CASE NUMBER:     1:19CR00131-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | July 11, 2025 |
| 3 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 13, 2025 |
| 4 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 20, 2025 |
| 5 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | October 1, 2025 |
| 6 | You committed another federal, state, or local crime (mandatory condition). | October 3, 2025 |

DEFENDANT: Alonzo Eugene Williams
CASE NUMBER: 1:19CR00131-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>10 months, with no supervision to follow.</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL